**FILED**

AUG 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**United States District Court
for the District of Columbia**

Paul Lewis-Bey, #203-014
        Petitioner,
    USP BIG SANDY
        POB 2068
    INEZ, KY, 41224
        vs.

Case: 1:08-cv-01391
Assigned To : Unassigned
Assign. Date : 8/11/2008
Description: Habeas Corpus/2255

**United States Parole Commission,
        Defendants.**

**Petition for writ of Habeas Corpus
By a person in Federal Custody**

**Title 28 U.S.C. Section 2241**

**Issues and Grounds for relief**

I, Mr. Paul Lewis-Bey, am making this appeal to the United States Parole Commission

Authorities, pursuant to the Title 28 (CFR) Code of Federal Regulations Section 2.26 and 2.28 to

reopen my case based on newly discovered evidence or circumstances.

**RECEIVED**

JUL 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On the date of May 7, 2008, I appeared before the United States parole Commission Examiner Ms. Donna McLean by way of a satellite hearing here at U.S.P. Big Sandy. In my Notice of Action dated June 16, 2008 issued to me on June 24, 2008 I was given a five year reconsideration hearing until May 2013. After the service of 60 months from the date of my last hearing, according to my May 6, 2008 date on my Notice of Action. The reason that the United States Parole Commission gave me the five year reconsideration hearing is because of accountability stating that my guide line range is 366-396 months. See attached sheet for the components that make up your Total Guide Line Range. These Components are your Salient Factor Score; Based point Score; Base point Score Guide Line Range; Months Required to Serve to parole Eligibility Date; Disciplinary Guide Lines (if applicable); and Superior program Achievement Award (if applicable).

1.) The record would reflect that I am not a disciplinary problem!

2.) The record is not clear as to my Superior Program Achievement Awards. I have completed several programs while obtaining several Superior Achievement Awards. See attached documentation that Support my claim of Achievements.

When I was sentenced 21 1/2 years ago for my crime of first degree murder the judge took in all the relevant facts to justify the type of sentence that he gave me, which is 20 years to life. I have done more than the time required by law to be released.

I've severed the minimum portion of the sentence to be released from prison by way of parole. I don't see how the U.S. Parole Commission could ask for me to serve 366-396 months when I've already served the time the judge intended for me to serve. I am not a disciplinary problem inmate, and I continue as of this present date. I feel that the U.S. Parole Commission has abused it's power and authority given to them by the United States Congress, by given me a five

year set off before I could be released.

A sentence that was accepted by Congress as Satisfying Societies need for punishment of the crime committed. By such a long reconsideration, after service of 21 1/2 years with numerous program achievements, no institutional infractions. It is hard to believe that this latest decision is based on anything but punishment which is not authorized for D.C. Prisoners. (See Thornburg).

Further it has been established in a court of law that <u>All D.C. Prisoners</u> are to be seen for parole under the rehabilitative model of parole, and <u>not</u> under the punitive model that the U.S. Parole Commission uses. Thus my record reflects that I have been a model prisoner, with a number of rehabilitative programs, progress reports , and no institutional infractions. Based on these my institutional adjustments have been satisfying and warrants the consideration of the model of rehabilitation that is in deed suppose to govern suitably for parole of All D.C. Prisoners.

I feel that this constitutes cruel and unusual punishment in violation of the U.S. Constitutions 8th Amendment requirements against me without justified cause to do so. The U.S. Parole Commissions decision was not rendered in a fair and impartial manner and should be reviewed by the full Commissioners in this case. The five year set off given in my case is excessive and does not support the U.S. Parole Commissions decision given in their Notice of Action Sheet dated June 17, 2008.

I am asking that my case be reopened Title 28 C.F.R. 2.28 rules and regulations rights according to the parole laws.

The petitioner legally request that this Court orders this United States District Court and the United States parole Commission authorities to compile with the United States Parole Commission D.C. parole laws by entering an order to release me in accordance with D.C. parole

guideline provisions forthwith.

May GOD Bless America and the 26 Amendments of the United States Constitution for all its rights and Benefits of the Law! Long may this great country the United States of America Live!!!

**(See Chatam-Bey v. Thornburgh, cite as 864 F.2d 804 (D.C. Cir. 1988)**

1-16-08
**Date**

**Signature**

AUTHORIZED BY THE ACT OF JULY 7, 1955, AS AMENDED, TO ADMINISTER OATHS 18 U.S.C. 4004

(4)

Certificate of Service

I, _____, hereby certify under the law that I have cause to serve a copy of

this foregoing motion for a petition for a writ of Habeas Corpus request relief upon the

defendants the United States Parole Commission at this address listed below as followed:

United States Parole Commission
Chevy Chase, Maryland, 20815

Clerks Office
United States District Court Court House
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

On this date, _____ 7-18-08 ,2008, I sent by United States First Class mail here

at U.S.P. Big Sandy P.O. Box 2068 Inez, Kentucky 412224

I declare under the penalty of perjury that all the foregoing information contained in this

writ of Habeas Corpus motion is true and correct to the best of my knowledge under the law,

pursuant to Title 28 U.S.C. § 1746.

Date 7-18-08

signature

Eli Valbando , 7/18/08

**AUTHORIZED BY THE ACT OF JULY 7,
1955, AS AMENDED, TO ADMINISTER
OATHS 18 U.S.C. 4004**

------------------------ **INSTITUTIONAL ADJUSTMENT** --------------------------
MR. LEWIS-BEY HAS MADE A POSITIVE ADJUSTMENT TO INCARCERATION SINCE HIS ARRIVAL AT
USP BIG SANDY, KENTUCKY. THE UNIT TEAM DO NOT VIEW HIM AS A MANAGEMENT PROBLEM. HE
IS RESPECTFUL OF STAFF'S AUTHORITY AND ASSISTS OTHER INMATES IN ADJUSTING TO RULES
AND REGULATIONS. MR. LEWIS-BEY WAS ONE OF THE FIRST INMATES' TO ARRIVE AT USP BIG
SANDY. HE HAS BEEN RELIED UPON BY STAFF TO SET UP THREE OF THE FOUR HOUSING UNITS
IN PREPARATION FOR THE ARRIVAL OF OTHER INMATES. HE IS RESPONSIBLE, RELIABLE, AND A
SELF-MOTIVATED INDIVIDUAL. HIS OVERALL PROGRAM ACHIEVEMENT HAS BEEN EXCEPTIONAL.

**A. PROGRAM PLAN:**
AT MR. LEWIS-BEY'S INITIAL CLASSIFICATION AND SUBSEQUENT PROGRAM REVIEWS, THE UNIT
TEAM RECOMMENDED HE PARTICIPATE IN THE FOLLOWING PROGRAMS: DRUG EDUCATION,
INDIVIDUAL AND GROUP COUNSELING, RELIGIOUS SERVICE GROUP OF CHOICE, AND THE
VOCATIONAL/EDUCATIONAL TRAINING PROGRAMS IN ORDER TO INCREASE HIS ACADEMIC SKILLS.
HE WAS ALSO ENCOURAGED TO SAVE MONEY IN FOR RELEASE PURPOSES. HE WAS INSTRUCTED TO
ABIDE BY THE RULES AND REGULATIONS OF THIS FACILITY, AND MAINTAIN ACCEPTABLE LEVELS
OF UNIT SANITATION. SUBSEQUENT REVIEWS INDICATED HE MET EXCEEDED THESE
EXPECTATIONS.

**B. WORK ASSIGNMENTS:** MR. LEWIS-BEY HAS OBTAINED JOB SKILLS IN THE JANITORIAL,
MAINTENANCE, AND CLERICAL FIELDS DURING THIS PERIOD OF INCARCERATION.

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|------|-----------------|--|------------|-----------|
| BSY | ORD CORR A | CORRIDOR ORDERLY AM | 09-06-2006 | CURRENT |
| BSY | FS A&O | FOOD SERVICE A&O | 08-24-2006 | 08-25-2006 |
| BSY | FS BAKERY | FOOD SERVICE BAKERY | 08-01-2006 | 08-24-2006 |
| BSY | FS AM D RM | FOOD SERVICE AM DINING ROOM | 05-04-2006 | 08-01-2006 |
| BSY | FS A&O | FOOD SERVICE A&O | 04-22-2006 | 05-04-2006 |
| BSY | COMPOUND 1 | INSIDE GROUND MAINTENANCE AM | 04-22-2006 | 04-22-2006 |
| BSY | REC ORD 4 | REC ORD/CSIMPSON/THURS&FRI OFF | 04-01-2006 | 04-22-2006 |
| BSY | REC ORD PM | PM RECREATION ORDERLY | 11-17-2005 | 04-01-2006 |
| BSY | C1 ORD | C1 UNIT ORDERLY | 06-06-2005 | 11-16-2005 |
| BSY | DETN | DETENTION | 06-03-2005 | 06-06-2005 |
| BSY | C1 ORD | C1 UNIT ORDERLY | 12-03-2004 | 06-03-2005 |
| BSY | DETN | DETENTION | 12-01-2004 | 12-03-2004 |
| BSY | C1 ORD | C1 UNIT ORDERLY | 09-22-2004 | 12-01-2004 |
| BSY | DETN | DETENTION | 09-21-2004 | 09-22-2004 |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION:

--------------------------- EDUCATION INFORMATION --------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|-----------|-------------|-----------------|----------------|
| BSY | ESL HAS | ENGLISH PROFICIENT | 07-11-2001 1016 | CURRENT |
| BSY | GED EP | ENROLL GED PROMOTE W/CAUSE | 02-10-2005 0825 | CURRENT |
| BSY | GED SAT | GED PROGRESS SATISFACTORY | 02-26-2004 1330 | CURRENT |

---------------------------- EDUCATION COURSES ----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|----|
| BSY | GED1B;SLN;M;W-F; 7:30-10:30;SE | 04-09-2007 | CURRENT | | | | |
| BSY | COMP LEARNING CENTER ORIEN | 01-11-2007 | 01-11-2007 | P | C | P | 1 |
| BSY | INTRO CULINARY ARTS,T,6:30 | 07-01-2006 | 09-30-2006 | P | C | P | 24 |
| BSY | RPP 4/USP SOCIAL SVCS FAIR/F | 08-26-2005 | 08-26-2005 | P | C | P | 8 |
| BSY | RPP 1/USP HEALTH FAIR/F | 06-24-2005 | 06-24-2005 | P | C | P | 8 |

---------------------------- HIGH TEST SCORES -----------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|------|---------|-------|-----------|-----------|------|-------|
| ABLE | LANGUAGE | 8.0 | 07-18-2003 | THA | E | |
| | NUMBER OPR | 4.8 | 07-18-2003 | THA | E | |
| | PROB SOLV | 6.7 | 07-18-2003 | THA | E | |
| | READ COMP | 11.7 | 07-18-2003 | THA | E | |
| | SPELLING | 5.0 | 07-18-2003 | THA | E | |
| | VOCABULARY | 7.5 | 07-18-2003 | THA | E | |

D. COUNSELING PROGRAMS: MR. LEWIS-BEY SEEKS INDIVIDUAL COUNSELING ON AN AS NEEDED
BASIS. HE IS CURRENTLY ENROLLED IN THE CHALLENGE PROGRAM.

STUDENT'S NAME __LEWIS, PAUL__

DCDC # __203-014__ DORM # __6__ C&P __MASTIN__

.5 = ½ Day / 1 = Full Day

**FOR PERIOD:** February 11 to May 24, 1991

**CLASS:** LANGUAGE ARTS -- MABE

Reading - MABE

Academic School Progress Report

| Date | ATTENDANCE Present | Tardy | ABSENT Ex. | ABSENT Unex. | PROGRESS Outstanding | Satisfactory | Unsatisfactory | BEHAVIOR ATTITUDE Excellent | Good | Fair | Poor | COMMENTS Positive | Negative | REMEDIATION Favorable | Favor. w/res. | Unfavorable | INITIALS Student | Teacher |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-1 | 2 | 0 | 3 | 3 | | ✓ | | | ✓ | | | | | ✓ | | | | |
| 3-15 | 9 | 0 | 4 | 0 | | ✓ | | | ✓ | | | 2,4,5,7 | | ✓ | | | | |
| 3-30 | 9 | 0 | 0 | 1 | | ✓ | | | ✓ | | | 2,4,5,7 | | ✓ | | | | |
| 4-13 | 10 | 0 | 2 | 4 | | ✓ | | | ✓ | | | 2,4,5,7 | | ✓ | | | | |
| 4-26 | 9 | 0 | 0 | 1 | | ✓ | | | ✓ | | | 1,2,4,7 | | ✓ | | | | |
| 5-10 | 14 | 0 | 0 | 1 | | ✓ | | | ✓ | | | 1,2,4,7 | | ✓ | | | | |
| 5-24 | 19 | 0 | 0 | 0 | | ✓ | | | ✓ | | | 1,2,4,7 | | ✓ | | | | |

**POSITIVE:**
1. Works Consistently.
2. Perseveres Despite Difficulties
3. Assists Others
4. Works on Weaknesses
5. Exercises Initiative
6. Organizes Work
7. Completes Assignments
8. Other (explain on back)

**NEGATIVE:**
9. Disrupts Class
10. Fails to Work
11. Skips out of Class
12. Sleeps in Class
13. Shows Disrespect Towards Staff
14. Careless with Tools
15. Does not accept tool responsibility
16. Playful with tools
17. Playful on work site
18. Poor Safety Habits
19. Other (explain on back)

---- REFERRALS ----
Request for C & P Conference.

**COMMENTS:**

Student's Signature

Teacher's Signature

Principal's Signature

# Certificate

## of

## Merit

## Paul Silas Lewis-Bey

*has completed
the English Textbook
BASIC ENGLISH GRAMMAR
by Bonnie L. Walker*



_____
English Instructor

_____
Principal

## January 24, 1992

```
*This award does not make the student
 eligible for good time credit.
```

# Certificate of Achievement

*This is to certify that*

## Paul Lewis-Bey

*has successfully completed Phase 1 of the*

## Challenge Program

*November 2007 at USP Big Sandy, KY*

K. Wireman

J. Thacker

J. Lott

M. Salyer-Glispy

**Challenge Treatment Specialists**

# Certificate of Achievement

*This is to certify that*

## Paul Lewis-Bey

*has successfully completed Phase 2 of the*

## Challenge Program

*April 2008 at USP Big Sandy, KY*

K. Wireman

J. Thacker

J. Lott

M. Salyer-Glispy

**Challenge Treatment Specialists**

# Certificate of Achievement

*This is to certify that*

## Paul Lewis-Bey

*has successfully completed Phase 3 of the*

## Challenge Program

*May 2008 at USP Big Sandy, KY*

_K. Wireman_
K. Wireman

_E. Thacker_
J. Thacker

_J. Lott_
J. Lott

_M. Glispy, CTS_
M. Salyer-Glispy

**Challenge Treatment Specialists**

# Certificate of Completion

This certifies that

## Paul S. Lewis-Bey

has successfully completed the

"Breaking Barriers" Class

USP Big Sandy

This 20th day of February, 2004

_Stephen Gardner_
Counselor/Facilitator

_Terry King, Ph.D._
Chief Psychologist

# Certificate
## of
# Participation

*Paul Lewis-Bey*

Is here by recognized for participating
in the USP Big Sandy 2007
Community, Re-entry & Social Services Fair

August 24th , 2007

S. Walters, Supervisor of Education

R. Thompson, Coordinator

*Adult Continuing Education*

*~Certificate of~*

# ACHIEVEMENT

This certifies that

**Paul Lewis-Bey**

has completed the requirements for the class

Introduction to Culinary Arts

and is therefore issued this certificate.

Presented by the Education Department, USP Big Sandy

April 23, 2008

S. Walters, *Supervisor of Education*



Rodney Ward, *Coordinator*



# Certificate

*of*

## Participation

is hereby recognized for your participation in the

**PAUL LEWIS-BEY**

USP Big Sandy
2005 Health Fair.

June 24, 2005

Susan Walters, Supervisor of Education

Randy Treadway, Health Fair Coordinator

# Certificate

*of*

## Participation

**Paul Lewis-Bey**

is hereby recognized for your participation in the
USP Big Sandy 2005
Community & Social Services Fair.

August 26, 2005

Susan Walters, Supervisor of Education

James Lott, Community & Social Services Fair Coordinator



# Certificate
## of
## ATTENDANCE

### *Paul Lewis-Bey*
OF

D.C. DEPARTMENT OF CORRECTIONS
MAXIMUM SECURITY FACILITY
HAS MAINTAINED
EXCELLENT ATTENDANCE
IN LANGUAGE ARTS
FEBRUARY 11, 1991 - MAY 24, 1991

LANGUAGE ARTS INSTRUCTOR

PRINCIPAL

MAY 27, 1991



# CERTIFICATE

## OF

### ACHIEVEMENT

This Certifies That

*PAUL LEWIS*

**IS AWARDED THIS CERTIFICATE FOR**

*COMPLETION OF SIX MONTHS EMPLOYMENT IN THE FOOD SERVICE DEPARTMENT*

and is hereby presented with this Certificate

Given at   W.T.D.F.

this  12TH  day of  JULY  , 19 94

_____
WARDEN

_____
FOOD SERVICE DIRECTOR

# District of Columbia

# Drug Abuse and Alcoholism Treatment Program
## (DAATP)

*This is to Certify that*

PAUL LEWIS

203-014

Has Satisfactory Completed the

**EDUCATIONAL PHASE**

of the

# DRUG ABUSE AND ALCOHOLISM PROGRAM (DAATP)

by attending the required series of Addiction Education Groups on

# SUBSTANCE ABUSE

Given at ___ MAXIMUM ___

Day of ___ NOVEMBER ___ On the ___ 15TH ___ 19 ___ 90 ___

_____
Counselor

_____
Program Director

Operated under contract with the Government of the District of Columbia,
D.C. Department of Corrections by A.L. Nellum and Associates, Inc.,



# Reading Award

**Paul Lewis-Bey**

has completed Steck-Vaughn's
READING SKILLS FOR ADULTS

Red Level

_____
English Instructor

**July 3, 1991**

203 - 014

# MAXIMUM SECURITY FACILITY
## BI-WEEKLY/QUARTERLY REPORT

**ACADEMIC SCHOOL**

STUDENT'S NAME: Lewis, Paul

DCDC # 203014    DORM # C66   C&P

FOR PERIOD: 10/9/90 to 12/7/90

SHOP: Reading

.5 = ½ Day
1 = Full Day

| Date | ATTENDANCE Present | Tardy | ABSENT Ex. | ABSENT Unex. | PROGRESS Out-standing | Satis-factory | Unsatis-factory | BEHAVIOR ATTITUDE Excel-lent | Good | Fair | Poor | COMMENTS Positive | Negative | RECOMMENDATION Favor-able | Favor. W/Res. | Unfavor-able | INITIAL Student | Teacher |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/9 | 2 | | | | | | | | ✓ | | | | | | | | | |
| 11/2 | 2 | | | 5 | | | | | ✓ | | | | | | | | | |
| 2/16 | 1 | | 5 | | | | | | | | | | | | ✓ | | | |
| 12/30 Drop | | | | 6 | | | | | | | | | Poor Attendance | | | ✓ | | |
| 12/7 Dr Op | | | | | | | | | | | | | | | | | | |

**COMMENTS:**

**POSITIVE:**
1. Works Consistently
2. Perseveres Despite Difficulties
3. Assists Others
4. Works on Weaknesses
5. Exercises Initiative
6. Organizes Work
7. Completes Assignments
8. Other (explain on back)

**NEGATIVE:**
9. Disrupts Class
10. Fails to Work
11. Skips out of Class
12. Sleeps in Class
13. Shows Disrespect Towards Staff
14. Careless with Tools
15. Does not accept tool responsibility
16. Playful with tools
17. Playful on work site
18. Poor Safety Habits
19. Other (explain on back)

----- REFERRALS -----

Request for C & P Conference.

Student's Signature

Teacher's Signature

Principal's Signature



STUDENT'S NAME: _Laura-Ray Crutchfield_

DCDC #: _203014_   DORM #: _b_   C&P

FOR PERIOD: _10-11-90_ to _1-25-91_

CLASS: _English_

.5 = ½ Day
1 = Full Day

| | ATTENDANCE | | | | PROGRESS | | | BEHAVIOR ATTITUDE | | | | COMMENTS | | RECOMMENDATION | | | INITIALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Present | Tardy | Ex. | Unex. | Out-standing | Satis-factory | Unsatis-factory | Excel-lent | Good | Fair | Poor | Positive | Negative | Favor-able | Favor. W/Res. | Unfavor-able | Student | Teacher |
| | | | ←ABSENT→ | | | | | | | | | | | | | | | |
| 10-19 | 5 | | | | | ✓ | | | ✓ | | | 1,2,4,5,7 | | ✓ | | | | |
| 10-26 | 6 | | 1 | | | ✓ | | | ✓ | | | 1,2,4,5,7 | | ✓ | | | | |
| 11-16 | 6 | | 1 | | | ✓ | | | ✓ | | | 1,7 | | ✓ | | | | |
| 11-30 | 7 | | | | | ✓ | | | ✓ | | | 1,2,4,7 | | ✓ | | | | |
| 12-14 | 8 | | 1 | | | ✓ | | | ✓ | | | 1,2,4,7 | | ✓ | | | | |
| 1-4 | 4 | | | 1 | | ✓ | | | ✓ | | | 1,2,4,7 | | ✓ | | | | |
| 1-25 | 2 | | | | | ✓ | | | ✓ | | | | | | | | | |

COMMENTS:

POSITIVE:
• Works Consistently
1. Perseveres Despite Difficulties
2. Assists Others
3. Works on Weaknesses
4. Exercises Initiative
5. Organizes Work
6. Completes Assignments
7. Other (explain on back)
8.

NEGATIVE:
9. Disrupts Class
10. Fails to Work
11. Skips out of Class
12. Sleeps in Class
13. Shows Disrespect Towards Staff
14. Careless with Tools
15. Does not accept tool responsibility
16. Playful with tools
17. Playful on work site
18. Poor Safety Habits
19. Other (explain on back)

---- REFERRALS ----
Request for C & P Conference.

Student's Signature

Teacher's Signature

Principal's Signature